# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Jesus Rios, | No. CV 18-548-TUC-FRZ |
| Petitioner, | **ORDER** |
| v. | |
| Charles Ryan, et al., | |
| Respondents. | |

Petitioner Maria Jesus Rios filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus on November 13, 2018.

The case was referred to Magistrate Judge Maria S. Davila for all pretrial proceedings and report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) and LRCiv 72.1 and LRCiv 72.2 of the Rules of Practice of the United States District Court for the District of Arizona, Local Rules of Civil Procedure.

Magistrate Judge Davila, after a thorough review of the record, issued her Report and Recommendation, recommending that the District Court order Respondents to respond to the merits of Claim One (in-part to the extent it relates to witness Lazaro Rios) and Claim Three; and further deny and dismiss with prejudice Claim One (in-part to the extent it relates to witness Felipe Martin); Claim Two; and Claim Four.

Petitioner filed timely objections to which Respondents filed a response in opposition. Petitioner also filed a reply.

Before the Court for consideration are the Petition (Doc. 1); the Report and Recommendation (Doc. 24); Petitioner's objections (Doc. 25); Respondents' response in opposition (Doc. 26); and Petitioner's reply (Doc. 27).

Following an independent review of the pleadings, the Report and Recommendation, the objections thereto, and the administrative record, the Court finds in agreement with the findings of the Magistrate Judge. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 24) is hereby **ACCEPTED** and **ADOPTED** as the findings of fact and conclusions of law by this Court;

**IT IS THEREFORE ORDERED** that Claim One, to the extent it relates to witness Felipe Martin, Claim Two, and Claim Four of the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (Doc. 1) are **DENIED** and dismissed with prejudice;

**IT IS FURTHER ORDERED** that the Respondents shall file an answer to the merits of Claim One - to the extent it relates to Lazaro Rios – and Claim Three;

**IT IS FURTHER ORDERED** that this matter is referred back to Magistrate Davila for further proceedings.


Dated this 25th day of October, 2019.


_____
Honorable Frank R. Zapata
Senior United States District Judge